**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 1:15-cv-00041-REB-KMT

JONATHAN (LANE) WOODSTOCK

       Plaintiff,

v.

LT. S. SHAFFER,
BRET RICKARD, Chaplain,
CAPTAIN PALMER, and
S. JONES

       Defendants

---

## ORDER DENYING MOTION FOR SETTLEMENT CONFERENCE

---

**Blackburn, J.**

      The matter is before the court on plaintiff's **Request To Assign a Mediator**

[#105],[1] filed December 14, 2015, which I construe as a motion to appoint a mediator or

otherwise to convene a settlement conference.  I deny the motion.  Plaintiff frankly

acknowledges that his prior offer to settle this matter was rebuffed.  Nothing in his

motion suggests that a settlement conference or mediation would be productive in light

of defendants' unequivocal response to his previous overture.

      **THEREFORE, IT IS ORDERED** that plaintiff's **Request To Assign a Mediator**

[#105], filed December 14, 2015, is denied.

---

[1] "[#105]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Dated December 18, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge