**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-00041-REB-KMT

JONATHAN (LANE) WOODSTOCK,

    Plaintiff,

v.

LT. S. SHAFFER,
CHAPLAIN BRET RICKARD,
CAPTAIN PALMER, and
S. JONES,

    Defendants.

## ORDER

**Blackburn, J.**

The matter before me is plaintiff's **Final Order Request** [#145],[1] filed February 22, 2016. The motion has been docketed as a motion to clarify, and I construe it accordingly.

By this motion, plaintiff asks whether my **Order Overruling Objections to and Adopting Recommendation of United States Magistrate Judge** [#124], filed January 14, 2016, which dismissed some, but not all, plaintiff's claims against Lieutenant Shaffer and Captain Palmer, is a final, appealable order. To answer this inquiry, however, I would be required to give plaintiff legal advice, which is beyond the bounds of the court's proper function. ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) ("[W]e do

---

[1] "[#145]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

not believe it is the proper function of the district court to assume the role of advocate for the pro se litigant."); *Landry v. Davis*, 2009 WL 274242 at *4 (D. Kan. Jan. 26, 2009) ("Federal courts may not provide legal advice to a pro se litigant, just as they may not provide legal advice to a party represented by an attorney."). Thus, I may not respond to his query.

**THEREFORE, IT IS ORDERED** that plaintiff's **Final Order Request** [#145], filed February 22, 2016, construed as a motion to clarify the effect of my prior order, is denied.

Dated February 23, 2016, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge