IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-CV-41-REB-KMT

JONATHAN (LANE) WOODSTOCK,

    Plaintiff,

v.

LT. S. SHAFFER,
BRET RICKARD, Chaplain,
CAPTAIN PALMER, and
S. JONES,

    Defendants.

**ORDER GRANTING DEFENDANTS SHAFFER AND PALMER'S FED.R.CIV.P. 30(a)(2)(B) MOTION FOR LEAVE TO DEPOSE PLAINTIFF**

This matter having come before the Court on Defendants Shaffer and Palmer's Fed.R.Civ.P. 30(a)(2)(B) Motion For Leave To Depose Plaintiff dated February 25, 2016 [Document 150], and the Court having read the motion and being fully advised in the premises, orders:

All Defendants in this case are granted leave to jointly depose Plaintiff by telephone on April 21, 2016, at 1:00 p.m.

Dated this 1st day of March, 2016.

BY THE COURT:

By: _____
Kathleen M. Tafoya
District Court Magistrate Judge