IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15–cv–00041–REB–KMT

JONATHAN (LANE) WOODSTOCK,

    Plaintiff,

v.

LT. S. SHAFFER,
CHAPLAIN BRET RICKARD,
CAPTAIN PALMER, and
S. JONES,

    Defendants.

## ORDER

This matter is before the court on "Plaintiff's Request to Compell (sic) Documents from Shaffer and Palmer" [Doc. No. 115] filed January 6, 2016. "Defendant Shaffer and Palmer's Response to Plaintiff's Motion to Compel" [Doc. No. 123] was filed on January 11, 2016.

Plaintiff seeks to compel Defendants Shaffer and Palmer's compliance with three Requests for Production of Documents: RFP #1, documents concerning inmate requests, grievances and appeals involving kosher diets at the Larimer County Jail since December 1, 2013; RFP #4, Larimer County's kosher diet policies, guidelines, directives and instructions to staff; and, RFP#7, portions of the contract between Larimer County and Aramark concerning kosher diets.

Defendants have responded that as to RFP #1, the request involves the files of 116 inmates and Larimer County agrees to provide documents as requested.  As to RFP #4, Defendants respond that they have provided all documents in their possession, custody and control, but since the meals are prepared by Aramark, it is Aramark, though Defendant Jones, which might have the more particularized documentation.  And, as to RFP #7, Defendants state that the entire contract between Larimer County and Aramark has been provided.

The court **ORDERS**, therefore, that the "Plaintiff's Request to Compell (sic) Documents from Shaffer and Palmer" [Doc. No. 115] is **DENIED** as moot.  The motion hearing set for March 17, 2016 at 1:30 p.m. is VACATED.

Dated this 9th day of March, 2016.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge